BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUN 10 2020

Rcvd\_\_\_\_\_Filed\_\_\_\_\_Time\_\_\_\_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERMAN LOPEZ-VILLASENOR, JANETH GONZALEZ, <br><br> Defendants. | Case No. **CR 20-0102-S BLW** <br><br> **INDICTMENT** <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), 846 and 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine
21 U.S.C. § 841(a)(1), (b)(1)(C) and 846**

Beginning on or about November 1, 2019, and continuing to on or about March 29, 2020, in the District of Idaho, the defendants, GERMAN LOPEZ-VILLASENOR and JANETH GONZALEZ, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other individuals known and unknown to the Grand Jury, to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

**INDICTMENT** - 1

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

## COUNT TWO

**Possession with Intent to Distribute Methamphetamine and Heroin**
**21 U.S.C. § 841(a)(1), (b)(1)(A) and (b)(1)(C)**

Between on or about March 27, 2020, and March 29, 2020, in the District of Idaho, the defendant, GERMAN LOPEZ-VILLASENOR, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about November 11, 2019, in the District of Idaho, the defendant, JANETH GONZALEZ, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about November 26, 2019, in the District of Idaho, the defendant, JANETH GONZALEZ, did knowingly and intentionally distribute five grams or more of actual

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT FIVE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about December 11, 2019, in the District of Idaho, the defendant, JANETH GONZALEZ, did knowingly and intentionally distribute five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT SIX

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(A)**

On or about January 9, 2020, in the District of Idaho, the defendant, JANETH GONZALEZ, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT SEVEN

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(A)**

On or about February 19, 2020, in the District of Idaho, the defendant, JANETH GONZALEZ, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## CRIMINAL FORFEITURE ALLEGATION
### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in this Indictment, the defendants, GERMAN LOPEZ-VILLASENOR and JANETH GONZALEZ, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendants obtained directly or indirectly as a result of the foregoing offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. Black Rock Island .45 caliber pistol, bearing serial number RIA2006048.

    b. Sig Sauer 9mm pistol, bearing serial number DUO1682.

    c. Mossberg 590 shotgun, bearing serial number K643187.

    d. Century Arms International N-PAP AK-47 rifle, bearing serial number N-PAP030457.

    e. Lorcin .380 caliber pistol, bearing serial number 310731.

    f. Various types and calibers of ammunition.

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The defendants obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendants used to facilitate the crimes, but based upon actions of the defendants, the property was transferred, diminished, comingled, or is otherwise unavailable.

**INDICTMENT - 4**

3. <u>Substitute Assets.</u>  Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

- a. Cannot be located upon the exercise of due diligence;
- b. Has been transferred or sold to, or deposited with, a third person;
- c. Has been placed beyond the jurisdiction of the court;
- d. Has been substantially diminished in value; or
- e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 9th day of June, 2020.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

For _____
CHRISTOPHER A. BOOKER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 5