CR 20-0102-SBLW

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | **German Lopez-Villasenor** |
| DEFENSE ATTORNEY: | Thad Blank |
| Address: | 702 W. Idaho, Ste. 1000 Boise, ID 83702 |
| Telephone No.: | (208) 331-5500 |
| INVESTIGATIVE AGENT: | Cody Kerr |
| Telephone No.: | (208) 914-3363 |
| AGENCY: | Drug Enforcement Administration |

| | |
|---|---|
| JUVENILE: | No |
| PUBLIC or SEALED: | Public |
| SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Notice |
| ISSUE: | Yes |
| INTERPRETER: | Yes |
| If YES, language: | Spanish |

CASE INFORMATION: **Conspiracy to Distribute Methamphetamine; Possession with Intent to Distribute Methamphetamine and Heroin**

RELATED COMPLAINT: Yes
CASE NUMBER:  MS 20-151-S-REB

## CRIMINAL CHARGING INFORMATION

| | | |
|---|---|---|
| CHARGING DOCUMENT: | **Indictment** | |
| Felony: | **Yes** | County of Offense: **Jerome** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. § 841(a)(1), (b)(1)(C) and 846** | **ONE** | **Conspiracy to Distribute Methamphetamine** | **Not more than 20 years imprisonment and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment** |
| **21 U.S.C. § 841(a)(1), (b)(1)(A), and (b)(1)(C)** | **TWO** | **Possession with Intent to Distribute Methamphetamine and Heroin** | **At least 10 years and not more than life imprisonment and/or a $10,000,000 fine, at least 5 years supervised release, $100 Special Assessment** |
| **21 U.S.C. § 853** | **FORFEITURE ALLEGATION** | **Drug Forfeiture** | **Forfeiture of Listed Property** |

| | | | |
|---|---|---|---|
| Date: | 9 June 2020 | Assistant U.S. Attorney: | CHRISTOPHER A. BOOKER |
| | | Telephone No.: | (208) 334-0495 |

U.S. COURTS

JUN 10 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

CR 20-0102-SBLW