# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Janeth Gonzalez** | JUVENILE: No |
| DEFENSE ATTORNEY:<br>Address:<br><br><br><br>Telephone No.: | PUBLIC or SEALED: Public<br>SERVICE TYPE: Warrant<br>(Summons or Warrant<br>or<br>Notice (if Superseding))<br>ISSUE: Yes |
| INVESTIGATIVE AGENT: Cody Kerr<br>Telephone No.: (208) 914-3363<br>AGENCY: Drug Enforcement Administration | INTERPRETER: Yes<br>If YES, language: Spanish |
| CASE INFORMATION: **Conspiracy to Distribute Methamphetamine; Distribution of Methamphetamine x 5** | RELATED COMPLAINT: Yes<br>CASE NUMBER: MS 20-151-S-REB |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Jerome** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | No | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846 | ONE | Conspiracy to Distribute Methamphetamine | Not more than 20 years imprisonment and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | THREE | Distribution of Methamphetamine | Not more than 20 years imprisonment and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | FOUR | Distribution of Methamphetamine | At least 5 years and not more than 40 years imprisonment and/or $5,000,000 fine, at least 4 years supervised release, $100 special assessment |

U.S. COURTS
JUN 10 2020
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | FIVE | Distribution of Methamphetamine | At least 5 years and not more than 40 years imprisonment and/or $5,000,000 fine, at least 4 years supervised release, $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | SIX | Distribution of Methamphetamine | At least 10 years and not more than life imprisonment and/or a $10,000,000 fine, at least 5 years supervised release, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | SEVEN | Distribution of Methamphetamine | At least 10 years and not more than life imprisonment and/or a $10,000,000 fine, at least 5 years supervised release, $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of Listed Property |

Date:   9 June 2020         Assistant U.S. Attorney:   CHRISTOPHER A. BOOKER
                            Telephone No.:   (208) 334-0495

CR 20-0102-SBLW