IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR20-0102-S-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DETENTION HEARING |
| vs. | ) | AND ORDER OF DETENTION |
| | ) | |
| German Lopez-Villasenor | ) | |
| Defendant. | ) | |
| | ) | |

## WAIVER OF DETENTION HEARING

I have appeared before a United States Magistrate Judge in the District of Idaho, who has advised me of the provisions of 18 United States Code, Section 3142(f) and of my right to have a detention hearing pursuant to the Bail Reform Act of 1984.

I have been advised that, at the hearing, I would have the right to be represented by counsel, and if financially unable to obtain adequate representation, to have counsel appointed for me.

I have been advised that, at the hearing, I would be afforded an opportunity to testify, to present witnesses on my own behalf, to cross examine witnesses who appear at the hearing and to present information by proffer or otherwise.

I wish to waive my right to such hearing and further understand and agree that the Court may enter a detention order based on the grounds set forth in the motion for a detention hearing filed by the United States, without prejudice to my ability to request modification of the detention order and a hearing at some later date.

I knowingly and voluntarily waive my right to a detention hearing and consent to the issuance of an order detaining me without prejudice prior to trial. Dated this _5_ day of _June_, 2020.

Respectfully,

X _German Lopez V._
Defendant

_[signature]_
Attorney

## ORDER OF DETENTION

Based upon the foregoing Waiver,

IT IS HEREBY ORDERED that the Defendant be committed to the custody of the United States Marshal for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

IT IS FURTHER ORDERED that the Defendant be afforded reasonable opportunity for private consultation with his/her counsel; and,

IT IS FURTHER ORDERED that the director of the correctional facility in which the Defendant is confined shall make the Defendant available to the United States Marshal for the purpose of appearance in connection with a Court Proceeding.

The Detention hearing currently set in this matter is hereby vacated.

DATED this _11th_ day of _____June_____, 2020.

_[signature]_

United States Magistrate Judge
Candy W. Dale

Waiver of Detention Hearing &      -2-
Order of Detention