UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JANETH GONZALEZ,<br><br>                    Defendant. | Case No. 1:20-cr-00102-BLW<br><br>**ORDER** |

The Court has before it Defendant's Unopposed Motion to Extend Pretrial Deadlines, Pretrial Conference, and Trial (Dkt. 26). Defendant states that counsel needs additional time to review discovery, and prepare for trial. Defendant requests an additional 60 days.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The statements of defense counsel establish that the trial should be reset

on **October 5, 2020 at 1:30 P.M.** at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the Motion to Continue and the new trial date is excludable time under the Speedy Trial Act.

Co-defendant German Lopez-Villasenor has not moved for a continuance. However, he does not oppose the motion. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to the co-defendants. Thus, Co-defendant German Lopez-Villasenor will have trial moved to **October 5, 2020 at 1:30 P.M.** as well. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Unopposed Motion to Extend Pretrial Deadlines, Pretrial Conference, and Trial (Dkt. 26) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **October 5, 2020 at 1:30 P.M.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the filing of the Motion to Continue and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on

**September 24, 2020 at 4:00 P.M.** The Government shall place the call to (208) 334-

9145 with opposing counsel on the line.

      IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before

**September 7, 2020.**

DATED: July 20, 2020

_____

B. Lynn Winmill
U.S. District Court Judge