JOSEPH T. HORRAS, ISB. 6982
**SMITH HORRAS LAW OFFICE, P.A.**
5561 N. Glenwood St.
Boise, ID 83714
Telephone: (208) 697-5555
Facsimile: (800) 881-6219
joe@smithhorras.com

Attorneys for Defendant GERMAN LOPEZ-VILLASENOR

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## (HONORABLE JUDGE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAN LOPEZ-VILLASENOR,<br><br>Defendant. | Case No. 20-cr-0102-BLW<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

Joseph T. Horras, being first duly sworn upon oath, deposes and says:

1. That I am duly licensed to practice law in the State of Idaho, the Federal Court of Idaho and Ninth Circuit Court, and that I am the CJA counsel appointed to represent Defendant, German Lopez-Villasenor, in the above-entitled action.

2. That as defense counsel in this matter I have personal knowledge of the facts set forth herein and believe I have acted with diligence in the defense of Mr. Lopez-Villasenor's case.

3. That the jury trial in this matter is presently scheduled to commence on December 7th, 2020.

4. That on November 10, 2020 during a phone conference with Mr. Lopez-Villasenor, interpreted by Maria Escobedo, Mr. Lopez-Villasenor advised me that he wanted a new attorney and would either hire one or ask the court for a newly appointed CJA counsel.

5. That I attempted to inquire as to why Mr. Lopez-Villasenor wanted a new attorney.

6. That Mr. Lopez-Villasenor would not answer any additional questions from me in my attempts to preserve the attorney-client relationship and avoid withdrawing from this matter.

7. That Mr. Lopez-Villasenor advised he would contact me on November 11, 2020 to advise me if he has retained private counsel or wanted me to petition the court for newly appointed counsel.

8. That I had additional an additional phone conference with Mr. Lopez-Villasenor on November 11, 2020 translated by interpreter Maria Escobedo.

9. That after my attempts to repair the attorney-client relationship on November 10 and 11, 2020, Mr. Lopez-Villasenor persisted in his request that I withdraw from his case.

10. That Mr. Lopez-Villasenor stated he may hire private counsel but has not yet done so and wants a new CJA attorney appointed.

11. That I believe the lack of communication and broken attorney-client relationship does not afford me the ability to effectively assist Mr. Lopez-Villasenor during the pendency of this case and could jeopardize Mr. Lopez-Villasenor right to effective representation.

12. That Mr. Lopez-Villasenor is currently incarcerated in the Jerome County Jail and I have informed him that his trial set for December 7, 2020 very likely will need to be continued if new counsel is retained or appointed to which he consented and agreed.

13. That I placed a call and left a voicemail with Assistant United States Attorney, Christopher Booker, that I would be filing this motion.

14. That Mr. Booker returned my call and indicated he would not be objecting to the motion to withdraw.

15. That I certify that this motion is brought in good faith, not for any improper purpose or delay and will not prejudice Mr. Lopez-Villasenor, the Government or any other parties.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Dated this __12th__ day of November, 2020

_____
JOSEPH T. HORRAS

SUBCRIBED AND SWORN TO before me this 12 day of November, 2020.

_____
Notary Public for Idaho
Residing at ___BOISE___, Idaho
Commission Expires: __APRIL 17, 2021__

AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW- Page 3