# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
# DISTRICT COURT

<u>EX PARTE MOTION HEARING</u>:

| | |
|---|---|
| District Judge: B. Lynn Winmill | Date: December 9, 2020 |
| Deputy Clerk: Jamie Gearhart | Location: Boise |
| Reporter: Tammy Hohenleitner | Time: 9:33 – 9:46 a.m. |

## <u>UNITED STATES OF AMERICA v. GERMAN LOPEZ-VILLASENOR</u>
### CASE No. 1:20-cr-102-BLW

Counsel for the United States: Not present, hearing is ex parte
Counsel for Defendant: Joseph Horras
Interpreter: Maria Escobedo

Hearing held regarding Motion to Withdraw as Attorney of Record (dkt. 35).

The Court granted the Motion to Withdraw (dkt. 35). A new CJA attorney shall be appointed to represent German Lopez-Villasenor.

THESE MINUTES SHALL STAND AS ORDER OF THE COURT.